# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2699
LT Case No. 2018-DR-1639

_____

SHANLEY DAWN SMITH,

    Appellant/Cross-Appellee,

    v.

GREGORY EMMETT SMITH,

    Appellee/Cross-Appellant.

_____

On appeal from the Circuit Court for St. Johns County.
Joan Anthony, Judge.

Michael D. Lee, of The Liles Firm, P.A., Jacksonville, and
Rebecca Bowen Creed, of Creed & Gowdy, P.A., Jacksonville, for
Appellant/Cross-Appellee.

Michael J. Korn, of Korn & Zehmer, P.A., Jacksonville, for
Appellee/Cross-Appellant.

November 15, 2024

PER CURIAM.

The parties appeal from an amended final judgment dissolving their marriage and equitably distributing their assets. Former Wife argues that the trial court erred when it credited Former Husband $950,000 (paid to resolve a 2018 joint tax liability) twice in the equitable distribution. We agree and remand for correction on this issue. *See Palmer v. Palmer*, 316 So. 3d 411, 417 (Fla. 5th DCA 2021) ("[T]he amended final judgment inadvertently distributed this $22,041 asset to Former Husband twice, which is to be corrected on remand."). We otherwise affirm.

AFFIRMED in part, REVERSED in part, and REMANDED with directions.

EISNAUGLE, HARRIS, and KILBANE, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————